UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

18-MJ-616 JWF

ORVILLE DIXON,

    Defendant

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the criminal complaint against Orville Dixon, without prejudice.

DATED: Rochester, New York, November 15, 2018.

    JAMES P. KENNEDY, JR.
    United States Attorney
    Western District of New York

BY: _____
    JOHN J. FIELD
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

DATED: Rochester, New York, November 26, 2018.